UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA D. LATHAM )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>        Defendant. )<br>) | **JUDGMENT**<br><br>No. 4:21-CV-58-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation regarding plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered April 1, 2022, it is ordered that defendant pay to plaintiff $7,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, plaintiff shall be compensated for the filing fee of $402.00 from the Treasury Judgment Fund.

**This Judgment Filed and Entered on April 1, 2022, and Copies To:**
Charles F. Hall, IV  (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson  (via CM/ECF Notice of Electronic Filing)

April 1, 2022        PETER A. MOORE, JR., CLERK

                 /s/ Sandra K. Collins
                (By) Sandra K. Collins, Deputy Clerk